IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEVEN BRECKENRIDGE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CIV-13-1304-C |
| NOBLE COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On February 3, 2014, Judge Purcell entered a Report and Recommendation concluding that because Plaintiff had not filed an application to proceed in forma pauperis or paid the initial filing fee as ordered, the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation (Dkt. No. 10) is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2014.

ROBIN J. CAUTHRON
United States District Judge